**FORM 9A. Notice of Related Case Information**                 Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number**   23-1494

**Short Case Caption**   Apple Inc. v. Gesture Technology Partners, LLC

**Filing Party/Entity**   Gesture Technology Partners, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

- Gesture Technology Partners, LLC v. Apple, Inc., C.A. No. 4:22-cv-04806-YGR (U.S. District Court for the Northern District of California);

- Gesture Technology Partners, LLC v. Motorola Mobility LLC, C.A. No. 1:22-cv-03535 (U.S. District Court for the Northern District of Illinois);

- Gesture Technology Partners, LLC v. LG Electronics Inc., et al., C.A. No. 2:21-cv-19234-EP-MAH (U.S. District Court for the District of New Jersey);

- Gesture Technology Partners, LLC, C.A. No. 24-1585, (United States Court of Appeals for the Federal Circuit).

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                                     Form 9A (p. 2)
                                                                                 March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

- Gesture Technology Partners, LLC;
- Apple Inc.;
- Motorola Mobility LLC;
- LG Electronics Inc.;
- LG Electronics U.S.A., Inc.; and
- United States Patent and Trademark Office.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

See Attachment A.

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/23/2024                     Signature: /s/ Fred I. Williams

                                     Name: Fred I. Williams

# Attachment A

## 3. Names of all law firms, partners, and associates in the cases listed above.

- Fred I. Williams, John Wittenzellner, and Eric R. Carr of Williams Simons & Landis PLLC;

- James S. Richter of Midlige Richter LLC;

- Brian E. Martin of Stamos & Trucco LLP;

- Catherine Huang, John M. Guaragna, Michael D. Jay, Sean C. Cunningham, Paul R. Steadman, Benjamin S. Mueller, Meera Midha, Gregory J. Ferroni and Christopher Deck of DLA Piper LLP;

- Liza M. Walsh, William T. Walsh, Jr., Hector D. Ruiz and Lauren R. Malakoff of Walsh Pizzi O'Reilly Falanga LLP; and

- Justin Bova, Amy J. Nelson, Farheena Y. Rasheed, and Peter J. Sawert of the United States Patent and Trademark Office.